# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.

GEORGINA PINEDA

CASE NUMBER: 8:91-cr-180-T-23EAJ
USM NUMBER: 03509-018

Defendant's Attorney: Adam Labonte, AFPD

Date Original Judgment Signed: 5/19/1992

### Order On a Motion Under 18 U.S.C. § 3582(c)(2)

Based on a guideline sentencing range lowered retroactively by the United States Sentencing Commission under 28 U.S.C. § 994(u), the defendant moves *pro se* (Docs. 225, 230, 231) under 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines for a reduction in the term of imprisonment imposed. The Federal Public Defender was appointed to represent the defendant. Based on a guideline sentencing range lowered retroactively by the United States Sentencing Commission under 28 U.S.C. § 994(u), the defendant moves (Doc. 240) unopposed under 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines for a reduction in the term of imprisonment imposed.

Amendment 782 raised to 3.5 kilograms the amount of cocaine to qualify for offense level 28. Because the defendant is responsible for 2 kilograms of cocaine, Amendment 782 results in a reduction of the defendant's base offense level from offense level 28 to offense level 26. After an adjustment for obstruction of justice, the defendant's new total offense level is 28. At offense level 28, criminal history category I, the range is 78–97 months.

Consistent with the policy statement at USSG § 1B1.10, and the sentencing factors at 18 U.S.C. § 3553(a), the motion for a reduction of the defendant's sentence (Doc. 240) is:

☐ DENIED.

☒ GRANTED. The defendant's sentence of imprisonment of _121_ months IS REDUCED TO _97_ MONTHS. The defendant's *pro se* motions (Docs. 225, 230, 231) are DENIED AS MOOT.

Except for the term of imprisonment, which is reduced by this order, the judgment signed May 19, 1992, remains unchanged.

ORDERED in Tampa, Florida:

Order Date: August 3rd, 2017

Effective Date: _____
*(if different from order date)*

STEVEN D. MERRYDAY, U.S. DISTRICT JUDGE
*Printed name and Title*

*Judge's Signature*